## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

        v.

DARRYL (DEWS) WEST,

    Petitioner

: No. 124 EAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

        v.

DARRYL DEWS,

    Petitioner

: No. 125 EAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

COMMONWEALTH OF PENNSYLVANIA,

    Respondent

        v.

DARRYL DEWS,

    Petitioner

: No. 126 EAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 26th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.